**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  08-cv-00773-REB-KLM

HARTFORD CASUALTY INSURANCE COMPANY, and
TWIN CITY FIRE INSURANCE COMPANY,

      Plaintiffs,

v.

AMERICAN HOME ASSURANCE COMPANY, and
P.I.C.C. PROPERTY AND CASUALTY COMPANY, LTD.,

      Defendants.

---

**ORDER OF DISMISSAL
AS TO DEFENDANT AMERICAN HOME ASSURANCE COMPANY ONLY**

---

**Blackburn, J.**

      The matter before me is plaintiff's **Notice of Dismissal of Defendant American Home Assurance Company** [#6] filed May 21, 2008.  After careful review of the notice and the file, the court has concluded that the notice should be approved and that plaintiffs' claims against defendant, American Home Assurance Company, should be dismissed.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Notice of Dismissal of Defendant American Home Assurance Company** [#6] filed May 21, 2008, is **APPROVED**;

      2.  That plaintiffs' claims against defendant, American Home Assurance Company, are **DISMISSED**; and

3.  That defendant, American Home Assurance Company, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated May 21, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**