**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-00773-REB-KLM

HARTFORD CASUALTY INSURANCE COMPANY, and
TWIN CITY FIRE INSURANCE COMPANY,

    Plaintiffs,

v.

P.I.C.C. PROPERTY AND CASUALTY COMPANY, LTD.,

    Defendant.

---

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on plaintiffs' **Notice of Dismissal of Defendant P.I.C.C. Property and Casualty Company, Ltd.** [#22] filed September 25, 2008. After reviewing the notice and the file, the court has concluded that the notice should be approved and that this action should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal of Defendant P.I.C.C. Property and Casualty Company, Ltd.** [#22] filed September 25, 2008, is **APPROVED**;

2. That the Trial Preparation Conference set for July 17, 2009, is **VACATED**;

3. That the trial to the court set to commence July 20, 2009, is **VACATED**; and

4.  That this action is **DISMISSED**.

Dated September 29, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**